AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUN 24 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ~~ALEXANDRO LOPEZ-LOPEZ~~ Leonardo Campos-Lopez | CASE NUMBER: 08cr2101-JM |

I, Leonardo Campos-Lopez ~~ALEXANDRO LOPEZ-LOPEZ~~, the above named defendant, who is accused of committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Campos Lopez
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer